UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC L. DALE,<br><br>                Petitioner,<br>     v.<br><br>BRIAN E. WILLIAMS, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00031-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to respond to Eric L. Dale's 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 45.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time to file a response to the petition (ECF No. 45) is granted. The deadline to respond is extended to October 6, 2022.

DATED THIS 8th Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE