# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC L. DALE,<br><br>  Petitioner,<br>   v.<br>BRIAN E. WILLIAMS, *et al.*,<br><br>  Respondents. | Case No. 3:20-cv-00031-MMD-CLB<br><br>ORDER |

28 U.S.C. § 2254 habeas corpus petitioner Eric L. Dale asks the Court for an extension of time to file a reply in support of his motion for stay and abeyance. (ECF No. 49.) The Court finds the request is made in good faith, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply in support of his motion for stay (ECF No. 49) is granted. The deadline to reply is extended to November 3, 2022.

DATED THIS 4th Day of October 2022.

  MIRANDA M. DU
  CHIEF UNITED STATES DISTRICT JUDGE