UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ERIC L. DALE,

                      Petitioner,

    v.

BRIAN E. WILLIAMS, *et al.*,

                      Respondents.

Case No. 3:20-cv-00031-MMD-CLB

ORDER

Eric L. Dale moves for an extension of time to oppose Respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 65.) The Federal Public Defender representing Dale explains that she took over as lead counsel on this case when she recently joined the non-capital habeas unit. The Court finds this constitutes good cause to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time to oppose the motion to dismiss (ECF No. 65) is granted. The deadline to respond is extended to September 18, 2023.

DATED THIS 18th Day of July 2023.

                              _____

                              MIRANDA M. DU
                              CHIEF UNITED STATES DISTRICT JUDGE