# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC L. DALE,<br><br>　　　　　　　Petitioner,<br>　　v.<br>BRIAN E. WILLIAMS, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:20-cv-00031-MMD-CLB<br><br>ORDER |

　　　　Eric L. Dale asks the Court for an extension of time to oppose Respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 67.) The Federal Public Defender representing Dale is new to the non-capital habeas unit and the state and federal court records in this case are extensive. The Court therefore finds good cause exists to grant the motion.

　　　　It is therefore ordered that Petitioner's unopposed second motion for extension of time to oppose the motion to dismiss (ECF No. 67) is granted *nunc pro tunc*. The deadline to respond is extended to October 18, 2023.

　　　　DATED THIS 19th Day of September 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE