UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC L. DALE, | Case No. 3:20-cv-00031-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| BRIAN E. WILLIAMS, *et al.*, | |
| Respondents. | |

Respondents ask the Court for an extension of time to reply in support of their motion to dismiss Eric L. Dale's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 70.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to reply in support of the motion to dismiss (ECF No. 70) is granted *nunc pro tunc*. The deadline to respond is extended to November 18, 2023.

DATED THIS 20th Day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE