UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC LAMONT DALE,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00031-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their answer to Eric Lamont Dale's second amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 74.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to file an answer to the petition (ECF No. 74) is granted *nunc pro tunc*. The deadline to file the answer is extended to July 2, 2024.

DATED THIS 6th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE