UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERIC LAMONT DALE,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00031-MMD-CLB<br><br>ORDER |

Petitioner Eric Lamont Dale seeks an extension of time to file a reply to the answer to his second amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 85.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file a reply to the answer to the petition (ECF No. 85) is granted *nunc pro tunc*. The deadline to reply is extended to January 13, 2025.

DATED THIS 15th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE